# CHARGES AND PENALTIES

**CASE NAME:** BRENDAN TAYLOR HULL    **CASE NO.** 1:20-CV-2048-SMJ-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Dec 08, 2020
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C § 1951(a) | Robbery Affecting Commerce | CAG up to 20 years, up to a $250,000 fine, up to 3 years of supervised release, restitution |
|  | 18 U.S.C. § 981, 18 U.S.C. § 924, 28 U.S.C. § 2861 | Notice of Forfeiture Allegations |  |