PROB 12C
(6/16)

Report Date: January 6, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brendan Taylor Hull                Case Number: 0980 1:20CR02048-RLP-1

Address of Offender:          Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: August 24, 2021

| | | |
|---|---|---|
| Original Offense: | Robbery Affecting Commerce, 18 U.S.C. § 1951(a) | |
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 5, 2025 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 4, 2028 |

### PETITIONING THE COURT

To issue a summons.

On December 9, 2025, a probation officer met with Mr. Hull and reviewed the conditions of supervision as outlined in the judgment. Mr. Hull indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Hull is considered to be in violation of his supervised release by consuming alcohol on or about December 26, 2025.<br><br>On December 29, 2025, during a home visit, this officer requested Mr. Hull provide a urinalysis (UA) to test for use of controlled substances. Prior to providing a UA, Mr. Hull informed this officer he consumed alcohol on December 26, 2025. |
| 2 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Hull, Brendan Taylor**
**January 6, 2026**
Page 2

        **Supporting Evidence**: Mr. Hull is considered to be in violation of his supervised release by consuming methamphetamine on or about December 26, 2025.

        On December 29, 2025, during a home visit, this officer requested Mr. Hull provide a UA to test for use of controlled substances. Prior to providing a UA, Mr. Hull informed this officer he consumed methamphetamine on December 26, 2025.

3     **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Hull is considered to be in violation of his supervised release by consuming fentanyl on or about December 29, 2025.

        On December 29, 2025, during a home visit, this officer requested Mr. Hull provided a UA that tested presumptive positive for the presence of fentanyl. Mr. Hull denied consuming any fentanyl and the UA was sent to Alere Toxicology Services for testing.

        On January 5, 2025, U.S. Probation received a drug test report from Alere Toxicology Services showing positive results for the presence of fentanyl.

4     **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Hull is considered to be in violation of his supervised release by consuming methamphetamine on or about January 3, 2026.

        On January 5, 2025, this officer spoke with Mr. Hull on the telephone. During the conversation, Mr. Hull admitted to consuming methamphetamine on Saturday, January 3, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 6, 2026

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C

**Re: Hull, Brendan Taylor**
**January 6, 2026**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [x] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

January 6, 2026
Date